JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARIBAY, | CV 19-05467 PA (SKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CARSON EMERALD 101, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's October 4, 2019 Minute Order dismissing this action for failure to prosecute and failure to comply with the Court's order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 4, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE